MICHAEL E. ADAMS (SBN: 47278)
LAW OFFICES OF MICHAEL E. ADAMS
702 Marshall Street, Suite 300
Redwood City, CA 94063
Telephone: (650) 599-9463
Fax:          (650) 599-9785

Attorney for Plaintiff NELSON ANTHOINE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NELSON H. ANTHOINE,<br><br>      Plaintiff,<br><br>    v.<br><br>NORTH CENTRAL COUNTIES CONSORTIUM, LORI BROWN, and CINDY NEWTON,<br><br>      Defendants. | Case No. 2:06-CV-01169-RRB-KJM<br><br>**STIPULATION EXTENDING DATES;  ORDER** |

The parties hereto, by and through their undersigned counsel, hereby stipulate, subject to approval by this court, to extend as follows the pending dates in the above-entitled case:

| | Existing date | Proposed new date |
|---|---|---|
| Completion of discovery as defined in the court's Status (Pre-Trial Scheduling) Order filed herein on December 20, 2006. | November 2, 2007 | January 15, 2008 |
| Last day to file dispositive motions | December 12, 2007 | February 22, 2008 |
| Hearing date for dispositive motions | January 9, 2008 | March 19, 2008 |
| Final pre-trial conference | February 22, 2008 | May 5, 2008 |

LAW OFFICES OF
MICHAEL E. ADAMS
702 MARSHALL ST., #300
REDWOOD CITY CA 94063
(650) 599-9463

1

Stipulation Extending Dates; [Proposed] Order

| | | |
|---|---|---|
| Jury trial | March 31, 2008 | June 16, 2008 |

A brief history of this case, leading to the reason for the foregoing stipulation, is as follows:

On July 27, 2006, plaintiff filed his first amended complaint. Defendants answered the complaint on October 11, 2006.

On May 9, 2007, defendants started plaintiff's deposition. Defendants completed plaintiff's deposition on August 21, 2007. Plaintiff took the deposition of defendants Lori Brown and Cindy Newton on May 10, 2007, August 22, 20007, and September 19, 2007.

The parties exchanged requests for production of documents in early 2007. On June 20, 2007, defendants produced electronically stored information in response to plaintiff's initial request for production of documents.

On September 28, 2007, plaintiff propounded a request for production of documents, set two on defendant North Central Counties Consortium ("NCCC") and request for production of documents, set one, on defendant Lori Brown. On or about September 28, 2007, plaintiff requested that the parties schedule seven individuals for deposition before November 2, 2007, including several individuals on November 1, and 2, 2007, after the deadline for defendants to respond to the requests for production.

On October 11, 2007, defendants telephoned plaintiff and told him that due to the extensive scope of the September 30, 2007, requests for production they would not be able to provide documents until the end of November, 2007.

 Plaintiff did and does need to use the requested documents during a series of depositions which he had requested for November 1 and 2, 2007. After obtaining the documents at the end of November, it is problematic whether Plaintiff's counsel will be able to complete all of these depositions during December, given two other trials that he has set during that month as well as the holiday interruption. The parties therefore consider January 15, 2008 to be a reasonable new deadline for the completion of all discovery. Subject to the possible need for modification in light of the court's own

LAW OFFICES OF
MICHAEL E. ADAMS
702 MARSHALL ST., #300
REDWOOD CITY CA 94063
(650) 599-9463

2

Stipulation Extending Dates; [Proposed] Order

calendar, the ensuing above-listed dates are satisfactory to the parties and are separated by approximately the same time intervals as the original dates. The parties do not anticipate any need hereafter for further modification of the above-proposed dates.

DATED: October 15, 2007                DATED: October 15, 2007

*/s/ Michael E. Adams*                 */s/ Joel M. Van Parys*

_____         _____
MICHAEL E. ADAMS                       JOEL M. VAN PARYS
Attorney for Plaintiff                 Attorney for Defendants
NELSON H. ANTHOINE                     NORTH CENTRAL COUNTIES
                                       CONSORTIUM, LORI BROWN, and
                                       CINDY NEWTON

LAW OFFICES OF
MICHAEL E. ADAMS
702 MARSHALL ST., #300
REDWOOD CITY CA 94063
(650) 599-9463

3

Stipulation Extending Dates; [Proposed] Order

# ORDER

The parties so stipulating and good cause appearing,

IT IS HEREBY ORDERED that the pending dates in the above-captioned matter are extended as set forth below:

|  | Previous date | New date |
|---|---|---|
| Completion of discovery as defined in the court's Status (Pre-Trial Scheduling) Order filed herein on December 20, 2006. | November 2, 2007 | January 15, 2008 |
| Last day to file dispositive motions | December 12, 2007 | February 22, 2008 |
| Hearing date for dispositive motions | January 9, 2008 | March 19, 2008 at 10:00 a.m. |
| Final pre-trial conference | February 22, 2008 | May 9, 2008 at 3:00 p.m. |
| Jury trial | March 31, 2008 | June 16, 2008 at 9:00 a.m. |

DATED: October 16, 2007

/s/ Ralph R. Beistline
HON. RALPH R. BEISTLINE
U.S. DISTRICT COURT JUDGE

LAW OFFICES OF
MICHAEL E. ADAMS
702 MARSHALL ST., #300
REDWOOD CITY CA 94063
(650) 599-9463

4

Stipulation Extending Dates; [Proposed] Order