IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NELSON ANTHOINE,

    Plaintiff,                                No. CIV 06-1169 RRB KJM

    vs.

NORTH CENTRAL COUNTIES
CONSORTIUM, et al.,

    Defendants.                           <u>ORDER</u>

                                      /

        Plaintiff's motion to compel production of documents came on regularly for hearing on the stipulation of the parties on January 16, 2008. Michael Adams appeared for plaintiff. Joel Van Parys appeared for defendants. Upon review of the documents in support and opposition, upon hearing the arguments of counsel, and good cause appearing therefor, THE COURT FINDS AND ORDERS AS FOLLOWS:

        1. As to documents identified in the joint discovery statement as "category one" documents, within fifteen days from the date of this order, defendants shall produce drafts and the final versions of performance reviews for the year 2004 and documents regarding discharge from employment relating to Morrison and Rottman, as well as any communications, including e-mails and handwritten notes, pertaining thereto. Documents produced under this order shall be

subject to a protective order that said documents shall be used solely for purposes of the instant litigation.

      2. As to documents identified in the joint discovery statement as "category two" documents, no later than January 25, 2008, defendants shall produce documents as agreed to in the joint discovery statement for requests nos. 7, 15, 19, 23(i)(iii) and 23(i)(iv) and attachments to e-mails as identified in the Adams declaration submitted in support of the motion to compel.

DATED: January 17, 2008.

_____
U.S. MAGISTRATE JUDGE

006
anthoine.oah