MICHAEL E. ADAMS (SBN: 47278)
LAW OFFICES OF MICHAEL E. ADAMS
702 Marshall Street, Suite 300
Redwood City, CA 94063
Telephone: (650) 599-9463
Fax:            (650) 599-9785

Attorney for Plaintiff NELSON ANTHOINE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NELSON H. ANTHOINE,<br><br>            Plaintiff,<br><br>      v.<br><br>NORTH CENTRAL COUNTIES CONSORTIUM, LORI BROWN, and CINDY NEWTON,<br><br>            Defendants.<br>_____ | Case No. 2:06-CV-01169-DFL-KJM<br><br>**STIPULATION TO CONTINUE PRE-TRIAL CONFERENCE OR TAKE SAID CONFERENCE OFF CALENDAR;  ORDER**<br>       (As modified by the Court) |

The parties hereto, by and through their respective undersigned counsel, hereby stipulate, subject to court approval to continue or take off calendar the pre-trial conference now set for March 11, 2011.  The reason for this stipulation is that the parties have entered into a settlement of the above-referenced matter, and anticipate that the settlement terms will be implemented within three weeks.

DATED: March 9, 2011                              DATED: March 9, 2011

*/s/ Michael E. Adams*                               */s/ Mark P. Grajski*
_____      _____
MICHAEL E. ADAMS                                 MARK P. GRAJSKI
Attorney for Plaintiff                                   Attorney for Defendants
NELSON H. ANTHOINE                           NORTH CENTRAL COUNTIES

**LAW OFFICES OF**
**MICHAEL E. ADAMS**
**702 MARSHALL ST., #300**
**REDWOOD CITY CA 94063**
**(650) 599-9463**

1

Stipulation to Continue Pre-Trial Conference or to Take Said Conference Off Calendar; [Proposed] Order

1  CONSORTIUM, LORI BROWN,
2  and CINDY NEWTON

3

4  # ORDER (As modified by the Court)

5  The parties so stipulating, and good cause appearing,

6  IT IS HEREBY ORDERED as follows:

7  The pre-trial conference scheduled herein for March 11, 2011 and the jury trial
8  scheduled herein for May 2, 2011are hereby vacated from the Court's calendar.
9  Counsel file settlement/dismissal documents, in accordance with the provisions
10 of Local Rule 160, no later than April 8, 2011.

11

12 DATED: March 9, 2011

13  /s/ John A. Mendez
    HON. JOHN A. MENDEZ
14  U.S. DISTRICT COURT JUDGE

LAW OFFICES OF
MICHAEL E. ADAMS
702 MARSHALL ST., #300
REDWOOD CITY CA 94063
(650) 599-9463

2

Stipulation to Continue Pre-Trial Conference or to Take Said Conference Off Calendar; [Proposed] Order