MICHAEL E. ADAMS (SBN: 47278)
LAW OFFICES OF MICHAEL E. ADAMS
702 Marshall Street, Suite 300
Redwood City, CA 94063
Telephone: (650) 599-9463
Fax:          (650) 599-9785

Attorney for Plaintiff NELSON ANTHOINE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NELSON H. ANTHOINE,<br><br>          Plaintiff,<br><br>     v.<br><br>NORTH CENTRAL COUNTIES CONSORTIUM, LORI BROWN, and CINDY NEWTON,<br><br>          Defendants.<br>_____ | Case No. 2:06-CV-01169-DFL-KJM<br><br>**STIPULATION TO EXTEND TIME FOR COMPLETION OF SETTLEMENT; SUPPORTING DECLARATION;   ORDER** |

The parties hereto, by and through their respective undersigned counsel, hereby stipulate, subject to court approval, to extend from April 8, 2011 to April 30, 2011 the deadline for the parties to fully implement their settlement and file a stipulated dismissal. The reason for this stipulation, as further detailed in the supporting declaration below, is that the settlement agreement is not yet fully signed and implemented, and the parties anticipate that the remaining signatures and implementation will be completed within approximately three weeks.

/ / /

/ / /

LAW OFFICES OF
MICHAEL E. ADAMS
702 MARSHALL ST., #300
REDWOOD CITY CA 94063
(650) 599-9463

1

Stipulation to Extend Time for Completion of Settlement; Supporting Declaration;  [Proposed] Order

| | |
|---|---|
| DATED: March 9, 2011 | DATED: March 9, 2011 |
| */s/ Michael E. Adams* | */s/ Mark P. Grajski* |
| _____ | _____ |
| MICHAEL E. ADAMS | MARK P. GRAJSKI |
| Attorney for Plaintiff | Attorney for Defendants |
| NELSON H. ANTHOINE | NORTH CENTRAL COUNTIES |
| | CONSORTIUM, LORI BROWN, |
| | and CINDY NEWTON |

## SUPPORTING DECLARATION

I, MICHAEL E. ADAMS, hereby declare:

1. I am the attorney of record herein for Plaintiff Nelson Anthoine.

2. The written settlement agreement between the parties has thus far been signed by Plaintiff and on behalf of Defendant North Central Counties Consortium ("NCCC"), and I have received two of the three settlement checks that NCCC has undertaken to issue. Opposing counsel, Mark Grajski, assures me that, by next week, I will be receiving the remaining settlement check, as well as copies of the settlement agreement signed by Defendants Lori Brown and Cindy Newton. I anticipate that, once the settlement checks are deposited, it may take 7-10 days for them to clear. Once the checks all clear, I will be in a position to join with Mr. Grajski in filing a stipulation for dismissal of this entire case.

I declare under penalty of perjury that the foregoing is true and correct. Signed this 7th day of April, 2011 in Redwood City, CA.

*/s/ Michael E. Adams*
_____
MICHAEL E. ADAMS

/ / /
/ / /
/ / /
/ / /
/ / /

LAW OFFICES OF
MICHAEL E. ADAMS
702 MARSHALL ST., #300
REDWOOD CITY CA 94063
(650) 599-9463

2

Stipulation to Extend Time for Completion of Settlement; Supporting Declaration; [Proposed] Order

# ORDER

The parties so stipulating, and good cause appearing,

IT IS HEREBY ORDERED that the deadline for full implementation of the settlement and filing a stipulation for dismissal is extended from April 8 to April 30, 2011.

Dated: April 11, 2011

/s/ John A. Mendez
HON. JOHN A. MENDEZ
U.S. DISTRICT COURT JUDGE

LAW OFFICES OF
MICHAEL E. ADAMS
702 MARSHALL ST., #300
REDWOOD CITY CA 94063
(650) 599-9463

3

Stipulation to Extend Time for Completion of Settlement; Supporting Declaration; [Proposed] Order